**UNITED STATES of America,
Appellee,**

**v.**

**Barry HECK, Appellant.**

**No. 943, Docket 71–1079.**

United States Court of Appeals,
Second Circuit.

Argued June 1, 1971.

Decided June 1, 1971.

John S. Clark, New York City, for appellant.

Bruce W. Solow, Asst. U. S. Atty. (Edward R. Neaher, U. S. Atty. for Eastern District of New York, David G. Trager, Asst. U. S. Atty., of counsel), for appellee.

Before CLARK, Associate Justice,* SMITH, Circuit Judge, and ZAVATT, District Judge.**

* Sitting by designation.

PER CURIAM:

We affirmed in open court the appellant's conviction in the United States District Court for the Eastern District of New York, Orrin G. Judd, Judge.

**UNITED STATES of America**

**v.**

**Joseph Arthur KEENAN et al.**

**Appeal of Michael Joseph O'CONNOR**

**No. 19042.**

United States Court of Appeals,
Third Circuit.

Submitted on Briefs June 7, 1971.

Decided June 15, 1971.

Michael Joseph O'Connor, pro se.

Herbert J. Stern, U. S. Atty., Jerome L. Merin, Asst. U. S. Atty., Newark, N. J., for appellee.

Before STALEY and ADAMS, Circuit Judges, and GARTH, District Judge.

OPINION OF THE COURT

PER CURIAM:

This is an appeal from the denial of a motion for correction of sentence. Appellant asserts that the oral pronouncement of sentence differed from and should prevail over the written commitment. We have carefully examined the record with regard to the sentencing of appellant and find nothing that supports his assertions.

The order of the district court will be affirmed.

** Senior District Judge for Eastern District of New York, sitting by designation.